UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO JOSE TEJEDA,<br><br>  Petitioner,<br><br>  v.<br><br>CALIFORNIA HIGHWAY PATROL,<br><br>  Respondent. | No. 2:22-cv-01213-DAD-DB (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING HABEAS PETITION<br><br>(Doc. No. 5) |

Petitioner Pedro Jose Tejeda is a state prisoner proceeding *pro se* with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 8, 2022, the assigned magistrate judge issued findings and recommendations recommending that this federal habeas action be dismissed without prejudice because petitioner has failed to either pay the required filing fee or file a completed application to proceed *in forma pauperis*, despite being ordered to do so in an order dated September 2, 2022. (Doc. No. 5.)  Those findings and recommendations were served on petitioner and contained notice that any objections thereto were to be filed within thirty (30) days from the date of service. (*Id*. at 2.)  To date, no objections have been filed and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the

1

1  court finds the findings and recommendations to be supported by the record and proper analysis.
2  Accordingly, the court will dismiss this action, without prejudice, due to petitioner's failure to
3  pay the required fee to proceed with this action.
4      Additionally, the court declines to issue a certificate of appealability.  A petitioner seeking
5  writ of habeas corpus has no absolute right to appeal; he may appeal only in limited
6  circumstances.  *See* 28 U.S.C. § 2253; *Miller-El v. Cockrell*, 537 U.S. 322, 335–36 (2003).  Rule
7  11 of the Rules Governing Section 2254 Cases requires that a district court issue or deny a
8  certificate of appealability when entering a final order adverse to a petitioner.  *See also* Ninth
9  Circuit Rule 22-1(a); *United States v. Asrar*, 116 F.3d 1268, 1270 (9th Cir. 1997).  The court will
10 issue a certificate of appealability "if jurists of reason would find it debatable whether the petition
11 states a valid claim of the denial of a constitutional right and that jurists of reason would find it
12 debatable whether the district court was correct in its procedural ruling."  *Slack v. McDaniel*, 529
13 U.S. 473, 484 (2000).  Here, reasonable jurists would not find the court's decision to dismiss the
14 petition to be debatable or conclude that the petition should proceed further.  Thus, the court
15 declines to issue a certificate of appealability.
16     Accordingly,
17     1.    The findings and recommendations issued on November 8, 2022 (Doc. No. 5) are
18           adopted in full;
19     2.    The petition for writ of habeas corpus (Doc. No. 1) is dismissed, without prejudice,
20           due to petitioner's failure to pay the required filing fee;
21     3.    The court declines to issue a certificate of appealability; and
22     4.    The Clerk of the Court is directed to close this case.
23     IT IS SO ORDERED.
24 Dated:  **January 4, 2023**
25                                             UNITED STATES DISTRICT JUDGE